UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| VIRGIL L. SHELTON and | ) | No. 14-83567 |
| JEAN M. SHELTON | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on August 25, 2016, I personally mailed the Notice of Amended Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Virgil L. Shelton
607 Dundee Circle
West Melbourne, FL 32904-2101

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

N.A. Capital One Bank (USA)
P.O. Box 71083
Charlotte, NC 28272-1083

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

VIA ECF FILING
Jeffry Dahlberg, Esq.
5130 N. Second St.
Loves Park, IL 61111

Jean M. Shelton
607 Dundee Circle
West Melbourne, FL 32904-2101

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\150004\PLED\NFR notice0851.docx