**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: SHELTON, VIRGIL L.   § Case No. 14-83567
SHELTON, JEAN M.   §
§
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $294,950.00          Assets Exempt: $52,910.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,565.67   Claims Discharged
                                              Without Payment: $13,834.17

Total Expenses of Administration: $13,687.50

3) Total gross receipts of $ 90,056.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 46,803.19 (see **Exhibit 2**), yielded net receipts of $43,253.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $88,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,687.50 | 13,687.50 | 13,687.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,941.46 | 38,865.80 | 29,565.67 | 29,565.67 |
| **TOTAL DISBURSEMENTS** | $138,941.46 | $52,553.30 | $43,253.17 | $43,253.17 |

4) This case was originally filed under Chapter 7 on November 26, 2014. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2016          By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate located at:, N3385 Tipperary Road so | 1110-000 | 75,000.10 |
| Alpine Bank/ checking | 1129-000 | 3,052.39 |
| 2008 Alumacraft and Trailer | 1129-000 | 2,527.87 |
| Boat lift ShoreStation SSPV40108 w/ 22 ft canopy | 1210-000 | 2,556.00 |
| 3 diamond rings | 1229-000 | 1,300.00 |
| 19 U.S. Savings Bonds | 1210-000 | 2,653.30 |
| 2014 tax refunds | 1224-000 | 2,966.70 |
| **TOTAL GROSS RECEIPTS** | | **$90,056.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Frank Balthazor | Return of backup bidders deposit - pursuant to court order | 8500-002 | 5,000.10 |
| SHELTON, VIRGIL L. | Dividend paid 100.00% on $41,803.09; Claim# SURPLUS; Filed: $41,803.09; Reference: | 8200-002 | 41,803.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$46,803.19** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank of Rockford | 4110-000 | 88,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$88,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 5,075.32 | 5,075.32 | 5,075.32 |
| MEGAN G. HEEG | 2200-000 | N/A | 45.94 | 45.94 | 45.94 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 6,352.50 | 6,352.50 | 6,352.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 288.74 | 288.74 | 288.74 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 1,302.00 | 1,302.00 | 1,302.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.46 | 14.46 | 14.46 |
| Rabobank, N.A. | 2600-000 | N/A | 18.73 | 18.73 | 18.73 |
| Rabobank, N.A. | 2600-000 | N/A | 19.68 | 19.68 | 19.68 |
| Rabobank, N.A. | 2600-000 | N/A | 19.74 | 19.74 | 19.74 |
| Rabobank, N.A. | 2600-000 | N/A | 23.64 | 23.64 | 23.64 |
| Rabobank, N.A. | 2600-000 | N/A | 20.68 | 20.68 | 20.68 |
| Rabobank, N.A. | 2600-000 | N/A | 97.63 | 97.63 | 97.63 |
| Rabobank, N.A. | 2600-000 | N/A | 133.81 | 133.81 | 133.81 |
| Rabobank, N.A. | 2600-000 | N/A | 117.40 | 117.40 | 117.40 |
| Rabobank, N.A. | 2600-000 | N/A | 117.23 | 117.23 | 117.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,687.50 | $13,687.50 | $13,687.50 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 14-83567   Doc 66   Filed 11/15/16   Entered 11/15/16 14:49:21   Desc Main
                          Document      Page 5 of 11

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 15,926.83 | 16,394.39 | 16,394.39 | 16,394.39 |
| 1I | Discover Bank | 7990-000 | N/A | 39.99 | 39.99 | 39.99 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 12,077.46 | 12,428.33 | 12,428.33 | 12,428.33 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 30.32 | 30.32 | 30.32 |
| 3 | TD Retail Card Services | 7100-000 | 576.00 | 671.00 | 671.00 | 671.00 |
| 3I | TD Retail Card Services | 7990-000 | N/A | 1.64 | 1.64 | 1.64 |
| 4 | American Honda Finance Corporation | 7100-000 | 8,527.00 | 9,300.13 | 0.00 | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 6,917.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 6,917.17 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $50,941.46 | $38,865.80 | $29,565.67 | $29,565.67 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83567  
**Case Name:** SHELTON, VIRGIL L.  
SHELTON, JEAN M.  
**Period Ending:** 10/25/16

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/14 (f)  
**§341(a) Meeting Date:** 12/30/14  
**Claims Bar Date:** 05/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Real estate located at: 4213 Martina Drive, Rock  Imported from original petition Doc# 1 | 105,000.00 | 0.00 | | 0.00 | FA |
| 2   Real estate located at:, N3385 Tipperary Road so  Imported from original petition Doc# 1 | 75,000.00 | 70,000.00 | | 75,000.10 | FA |
| 3   Alpine Bank/ checking  Imported from original petition Doc# 1 Actually 3 separate bank accounts. | 5,000.00 | 3,052.39 | | 3,052.39 | FA |
| 4   Misc. household goods and furnishings  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5   Clothing and personal items  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6   Wedding Rings  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 7   Interest in Vanguard Annunity  Imported from original petition Doc# 1 | 101,529.00 | 0.00 | | 0.00 | FA |
| 8   Interest in Vanguard Annunity  Imported from original petition Doc# 1 | 71,324.00 | 0.00 | | 0.00 | FA |
| 9   Interest in IRA Alpine Bank  Imported from original petition Doc# 1 | 7,810.00 | 0.00 | | 0.00 | FA |
| 10  2001 Chevrolet Impala (75,000 )  Imported from original petition Doc# 1 | 2,562.00 | 0.00 | | 0.00 | FA |
| 11  2007 Saturn View (208,000 )  Imported from original petition Doc# 1 | 2,425.00 | 0.00 | | 0.00 | FA |
| 12  2008 Alumacraft and Trailer  Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 2,527.87 | FA |
| 13  Boat lift ShoreStation SSPV40108 w/ 22 ft canopy  (u)  First disclosed in schedules on 3/31/15 | 3,000.00 | 2,695.00 | | 2,556.00 | FA |
| 14  3 diamond rings  (u)  At Debtors' Rule 2004 exam,  Jan Shelton said her mother gifted to her 3 diamond rings, worth 5,000.  On Debtors' amended schedules,  Debtor claimed the rings were her mothers, | 5,000.00 | 1,300.00 | | 1,300.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-83567  
**Case Name:** SHELTON, VIRGIL L.  
SHELTON, JEAN M.  
**Period Ending:** 10/25/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/14 (f)  
**§341(a) Meeting Date:** 12/30/14  
**Claims Bar Date:** 05/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 19 U.S. Savings Bonds (u)<br>Debtor Jean Shelton stated at her Rule 2004 exam she had 2 US Savings bonds worth 2,000, total. | 2,600.00 | 2,000.00 | | 2,653.30 | FA |
| 16 | 2014 tax refunds (u) | 2,966.70 | 2,966.70 | | 2,966.70 | FA |
| **16** | **Assets**  **Totals** (Excluding unknown values) | **$398,516.70** | **$82,014.09** | | **$90,056.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  January 31, 2016        **Current Projected Date Of Final Report (TFR):**  June 24, 2016  (Actual)

Printed: 10/25/2016 11:20 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83567  
**Case Name:** SHELTON, VIRGIL L.  
SHELTON, JEAN M.  
**Taxpayer ID #:** \*\*-\*\*\*5983  
**Period Ending:** 10/25/16

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | | Virgil and Jean Shelton | tax refund cashiers check received from debtors for tax refund | | 3,280.00 | | 3,280.00 |
| | {3} | | 313.30 | 1129-000 | | | 3,280.00 |
| | {16} | | 2,966.70 | 1224-000 | | | 3,280.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,330.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,380.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,430.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,480.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,530.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,580.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,630.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,680.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,730.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,780.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,830.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,880.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,930.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 3,980.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 4,030.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 4,080.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 4,130.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 4,180.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | series EE bond | 1210-000 | 50.00 | | 4,230.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 1 series EE bond | 1210-000 | -50.00 | | 4,180.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 2 series EE bond | 1210-000 | -50.00 | | 4,130.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 3 series EE bond | 1210-000 | -50.00 | | 4,080.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 4 series EE bond | 1210-000 | -50.00 | | 4,030.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 5 series EE bond | 1210-000 | -50.00 | | 3,980.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 6 series EE bond | 1210-000 | -50.00 | | 3,930.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 7 series EE bond | 1210-000 | -50.00 | | 3,880.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 8 series EE bond | 1210-000 | -50.00 | | 3,830.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 9 series EE bond | 1210-000 | -50.00 | | 3,780.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100002 10 series EE bond | 1210-000 | -50.00 | | 3,730.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100003 1 series EE bond | 1210-000 | -50.00 | | 3,680.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 1 series EE bond | 1210-000 | -50.00 | | 3,630.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 2 series EE bond | 1210-000 | -50.00 | | 3,580.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 3 series EE bond | 1210-000 | -50.00 | | 3,530.00 |
| | | | Subtotals : | | $3,530.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83567  
**Case Name:** SHELTON, VIRGIL L.  
SHELTON, JEAN M.  
**Taxpayer ID #:** **-***5983  
**Period Ending:** 10/25/16

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 4 series EE bond | 1210-000 | -50.00 | | 3,480.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 5 series EE bond | 1210-000 | -50.00 | | 3,430.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 6 series EE bond | 1210-000 | -50.00 | | 3,380.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 7 series EE bond | 1210-000 | -50.00 | | 3,330.00 |
| 04/21/15 | {15} | Virgil or Jean Shelton | Reversed Deposit 100004 8 series EE bond | 1210-000 | -50.00 | | 3,280.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,270.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,260.00 |
| 06/12/15 | {13} | Manke Enterprises, Inc. | boat lift sale proceeds of asset sold by Debtor | 1210-000 | 2,556.00 | | 5,816.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,806.00 |
| 07/27/15 | {12} | American Honda Finance Corp | surplus received from creditor after its liquidation of boat and trailer | 1129-000 | 2,527.87 | | 8,333.87 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,323.87 |
| 08/06/15 | {3} | Virgil and Jean Shelton | Debtors' turnover of remaining unexempt balance in Alpine Bank account | 1129-000 | 2,739.09 | | 11,062.96 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.46 | 11,048.50 |
| 09/16/15 | {15} | Virgil Shelton | savings bonds | 1210-000 | 2,653.30 | | 13,701.80 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.73 | 13,683.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.68 | 13,663.39 |
| 11/13/15 | {14} | Kenneth Shelton | Agreement to purchase 3 diamond rings per court order dated 11/4/15 | 1229-000 | 1,300.00 | | 14,963.39 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.74 | 14,943.65 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 14,920.01 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.68 | 14,899.33 |
| 02/03/16 | {2} | Kenneth Shelton | purchase of N3385 Tipperary Road pursuant to Court Order dated 1/27/16 | 1110-000 | 70,000.00 | | 84,899.33 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.63 | 84,801.70 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.81 | 84,667.89 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.40 | 84,550.49 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.23 | 84,433.26 |
| 09/08/16 | 101 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $1,302.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,302.00 | 83,131.26 |
| 09/08/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $6,352.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,352.50 | 76,778.76 |
| 09/08/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $288.74, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 288.74 | 76,490.02 |

Subtotals :    $81,526.26    $8,566.24

{} Asset reference(s)

Printed: 10/25/2016 11:20 AM    V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-83567  
**Case Name:** SHELTON, VIRGIL L.  
SHELTON, JEAN M.  
**Taxpayer ID #:** **-***5983  
**Period Ending:** 10/25/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/16 | 104 | Discover Bank | Dividend paid 100.00% on $16,394.39; Claim# 1; Filed: $16,394.39; Reference: 4332 | 7100-000 | | 16,394.39 | 60,095.63 |
| 09/08/16 | 105 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $12,428.33; Claim# 2; Filed: $12,428.33; Reference: 4305-7218-4845-8472 | 7100-000 | | 12,428.33 | 47,667.30 |
| 09/08/16 | 106 | TD Retail Card Services | Dividend paid 100.00% on $671.00; Claim# 3; Filed: $671.00; Reference: 6006-1010-0030-6826 | 7100-000 | | 671.00 | 46,996.30 |
| 09/08/16 | 107 | Discover Bank | Dividend paid 100.00% on $39.99; Claim# 1I; Filed: $39.99; Reference: 4332 | 7990-000 | | 39.99 | 46,956.31 |
| 09/08/16 | 108 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $30.32; Claim# 2I; Filed: $30.32; Reference: 4305-7218-4845-8472 | 7990-000 | | 30.32 | 46,925.99 |
| 09/08/16 | 109 | TD Retail Card Services | Dividend paid 100.00% on $1.64; Claim# 3I; Filed: $1.64; Reference: 6006-1010-0030-6826 | 7990-000 | | 1.64 | 46,924.35 |
| 09/08/16 | 110 | SHELTON, VIRGIL L. | Dividend paid 100.00% on $41,803.09; Claim# SURPLUS; Filed: $41,803.09; Reference: | 8200-002 | | 41,803.09 | 5,121.26 |
| 09/08/16 | 111 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,121.26 | 0.00 |
| | | | Dividend paid 100.00% on $5,075.32; Claim# ; Filed: $5,075.32       5,075.32 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $45.94; Claim# ; Filed: $45.94       45.94 | 2200-000 | | | 0.00 |

|  |  |  | ACCOUNT TOTALS | | 85,056.26 | 85,056.26 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **85,056.26** | **85,056.26** | |
| | | | Less: Payments to Debtors | | | 41,803.09 | |
| | | | **NET Receipts / Disbursements** | | **$85,056.26** | **$43,253.17** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 14-83567 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** SHELTON, VIRGIL L. / SHELTON, JEAN M. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0367 - Tipperary Road property |
| **Taxpayer ID #:** **-***5983 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 10/25/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/16 | {2} | Kammer & Greiber | Bidder's earnest money on Tipperary Road Property | 1110-000 | 5,000.10 | | 5,000.10 |
| 02/04/16 | 101 | Frank Balthazor | Return of backup bidders deposit - pursuant to court order | 8500-002 | | 5,000.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.10 | 5,000.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.10 | 5,000.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.10** | **$5,000.10** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0366** | 85,056.26 | 43,253.17 | 0.00 |
| **Checking # ******0367** | 5,000.10 | 5,000.10 | 0.00 |
| | $90,056.36 | $48,253.27 | $0.00 |

{} Asset reference(s)

Printed: 10/25/2016 11:20 AM   V.13.28